IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL DAVID WOLLERT                                    PLAINTIFF

v.                      No. 4:13-cv-470-DPM-JJV

TIMOTHY ADAMS, Jailer, Van Buren
County Detention Center; ETHAN WARD,
Jailer, Van Buren County Detention Center;
STEPHEN LOVE, Jailer, Van Buren County
Detention Center; and MICHAEL TONY, Jailer,
Van Buren County Detention Center              DEFENDANTS

ORDER

The Court has considered Magistrate Judge Joe J. Volpe's proposed findings and recommendations, № 8. Wollert has not objected. The Court sees no legal error and no clear error of fact on the face of this record as a whole. FED. R. CIV. P. 72(b) (Advisory Committee notes to 1983 Addition). The Court therefore adopts the recommendation as its own. FED R. CIV P. 72(b). Wollert's claims against Adams are dismissed without prejudice. All other claims, except the excessive force claim, against Ward, Love, and Tony are dismissed without prejudice.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

3 December 2013